IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

BARBARA JOYCE McCARTY

INDICTMENT

4:08cr53-RH

THE GRAND JURY CHARGES:

### COUNT ONE

That on or about June 22, 2008, in the Northern District of Florida, the defendant,

**BARBARA JOYCE McCARTY,**

knowingly and unlawfully did forcibly assault, resist, oppose, impede, intimidate, and interfere with Correctional Officer Dorothea Moore, an officer at the Federal Correctional Institution in Tallahassee, Florida, by refusing to obey her commands, pushing her, kicking her, and spitting on her, while Correctional Officer Dorothea Moore was engaged in the performance of her official duties, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

REDACTED

November 5, 2008
DATE

_____
THOMAS F. KIRWIN
Acting United States Attorney

_____
MICHAEL T. SIMPSON
Assistant United States Attorney

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 NOV -5 PM 1:15

FILED